■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WALKER, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (Rohl, J.), imposed October 20, 1988.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816).

We have considered the defendant's contention that the sentence imposed violated the constitutional prohibition against cruel and inhuman punishment and find it to be without merit. Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.